DEAN J. ZIPSER (State Bar No. 94680)
dzipser@umbergzipser.com
Mark A. Finkelstein (State Bar No. 173851)
mfinkelstein@umbergzipser.com
Adina W. Stowell (State Bar No. 211719)
astowell@umbergzipser.com
UMBERG ZIPSER LLP
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Defendants SMASHBURGER IP
HOLDER LLC and SMASHBURGER
FRANCHISING LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GALVAN, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>SMASHBURGER IP HOLDER LLC, SMASHBURGER FRANCHISING LLC, and JOLLIBEE FOODS CORPORATION,<br><br>Defendants. | Case No. 2:19-cv-00993<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: February 13, 2019<br>Current response date: March 6, 2019<br>New response date: April 5, 2019 |

{178046.1}

Case No. 2:19-cv-00993
STIP TO EXTEND TIME TO RESPOND

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiff Andrew Galvan and Defendants Smashburger IP Holder LLC, Smashburger Franchising LLC, and Jollibee Foods Corporation (collectively, "Defendants"), through their undersigned counsel, that Defendants may have a 30-day extension of time, to April 5, 2019, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action. No prior extension has been requested by Defendants.

By executing this stipulation, Defendants do not consent to the jurisdiction of this Court. Defendants expressly reserve all rights, claims and defenses, including with respect to personal jurisdiction. Specific to defendant Jollibee Foods Corporation, it contends, among its arguments and without prejudice to other defenses that it may interpose, that it has not been properly served with the Complaint and expressly is not waiving its right to contest service or jurisdiction. Plaintiff agrees that such rights and defenses have not been waived.

Respectfully Submitted,

Dated: February 27, 2019    UMBERG ZIPSER LLP

By: s/ Mark A. Finkelstein
Mark A. Finkelstein
Attorneys for Defendants
SMASHBURGER IP HOLDER LLC,
AND SMASHBURGER
FRANCHISING LLC

Dated: February 27, 2019    BURSOR & FISHER, P.A.
REICH RADCLIFFE & HOOVER LLP

By: s/ L. Timothy Fisher[1]
L. Timothy Fisher
Attorneys for Plaintiff Andrew Galvan

---

[1] Pursuant to Local Rule 5-4.3.4., the signatory listed, and on whose behalf the filing is submitted, has concurred in the filing's content and has authorized the filing.