Tina Wolfson, CA Bar No. 174806
*twolfson@ahdootwolfson.com*
Bradley K. King, CA Bar No. 274399
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

*Counsel for Plaintiff Barbara Trevino and the Putative Class*

Dean J. Zipser
*dzipser@umbergzipser.com*
Mark A. Finkelstein
*mfinkelstein@umbergzipser.com*
Adina W. Stowell
*astowell@umbergzipser.com*
**UMBERG ZIPSER LLP**
1920 Main Street, Suite 750
Irvine, CA 92614

*Counsel for Defendants Smashburger IP Holder LLC and Smashburger Franchising LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Smashburger IP Holder, LLC, et al. | Lead Case No. LA CV19-00993 JAK (JEMx) |
| BARBARA TREVINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMASHBURGER IP HOLDER LLC, SMASHBURGER FRANCHISING LLC, and JOLLIBEE FOODS CORPORATION (USA),<br><br>Defendants. | Consolidated Case No. LA CV19-02794-JAK (JEMx)<br><br>**JOINT STIPULATION TO VACATE PLAINTIFF TREVINO'S LOCAL RULE 23-3 DEADLINE**<br><br>Hon. John A. Kronstadt<br><br>Compliant filed: April 11, 2019<br>Service waived: May 9, 2019<br>Current L.R. 23-3 date: August 7, 2019 |

JOINT STIPULATION TO VACATE LOCAL RULE 23-3 DEADLINE

Plaintiff Barbara Trevino, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Smashburger IP Holder LLC and Smashburger Franchising LLC (collectively, "Defendants"[1]), through their counsel, hereby stipulate to the entry of the concurrently filed proposed order, which would vacate the 90-day deadline to file a motion for class certification in this action under Local Rule 23-3.

Pursuant to Local Rule 5-4.3.4, Bradley K. King hereby attests that the following signatories concur in this filing's content and have authorized the filing.

Respectfully submitted,

Dated: May 24, 2019

*/s/ Bradley K. King*
Tina Wolfson
Bradley K. King
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111; Fax: (310) 474-8585

*Counsel for Plaintiff Barbara Trevino and the Putative Class*

Dated: May 24, 2019

*/s/ Adina W. Stowell*
Dean J. Zipser
Mark A. Finkelstein
Adina W. Stowell
**UMBERG ZIPSER LLP**
1920 Main Street, Suite 750
Irvine, CA 92614

*Counsel for Defendants Smashburger IP Holder LLC and Smashburger Franchising LLC*

---

[1] Plaintiff has filed a notice of voluntary dismissal as to her claims against Defendant Jollibee Foods Corporation (USA). (Dkt. 29.)