| | |
|---|---|
| 1 | Tina Wolfson |
| 2 | twolfson@ahdootwolfson.com<br>Bradley K. King |
| 3 | bking@ahdootwolfson.com<br>**AHDOOT & WOLFSON, PC** |
| 4 | 10728 Lindbrook Drive<br>Los Angeles, CA 90024 |
| 5 | Tel: (310) 474-9111 |
| 6 | *Counsel for Plaintiffs Barbara Trevino and Jamelia Harris* |
| 7 | Dean J. Zipser<br>dzipser@umbergzipser.com |
| 8 | Mark A. Finkelstein<br>mfinkelstein@umbergzipser.com |
| 9 | Adina W. Stowell<br>astowell@umbergzipser.com |
| 10 | **UMBERG ZIPSER LLP**<br>1920 Main Street, Suite 750 |
| 11 | Irvine, CA 92614<br>Tel: (949) 679-0052 |
| 12 | *Counsel for Defendants Smashburger IP Holder LLC* |
| 13 | *and Smashburger Franchising LLC* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In Re: Smashburger IP Holder, LLC, et al. | Lead Case No. LA CV19−00993 JAK (JEMx) |
|---|---|
| ALL CASES | **STIPULATION OF DISMISSAL**<br><br>Hon. John A. Kronstadt, presiding |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by Plaintiff Barbara Trevino and Defendants Smashburger IP Holder LLC and Smashburger Franchising LLC (collectively, "Defendants") that Plaintiff Trevino's claims shall be dismissed in their entirety in the above-captioned action, with each party to bear its own costs, expenses, and fees. Plaintiff Trevino's claims against Defendants shall be dismissed without prejudice as to her ability to submit a claim as an absent class member in the event of a future settlement reached between the parties in this action.

Dated: November 26, 2019

By: /s/ Tina Wolfson
Tina Wolfson
AHDOOT & WOLFSON, PC

*Counsel for Plaintiff Trevino*

Dated: November 26, 2019

By: /s/ Adina W. Stowell
Adina W. Stowell
UMBERG ZIPSER LLP

*Counsel for Defendants*