**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
   breed@bursor.com

*Interim Lead Class Counsel*

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
E-mail: mgr@reichradcliffe.com
   adhoover@reichradcliffe.com

**AHDOOT & WOLFSON, PC**
Tina Wolfson, (State Bar No. 174806)
Bradley K. King, (State Bar No. 274399)
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
E-mail: twolfson@ahdootwolfson.com
bking@ahdootwolfson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Smashburger IP Holder, LLC, et al.<br><br>ALL CASES | Lead Case No. LA CV19−00993 JAK (JEMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. John A. Kronstadt |

Plaintiffs Andre Galvan, Lucinda Lopez, Thu Thuy Nguyen, Robert Meyer, and Jamelia Harris ("Plaintiffs") and Defendants Smashburger IP Holder LLC and Smashburger Franchising LLC ("Defendants") respectfully submit this notice of settlement. Plaintiffs and Defendants have reached an agreement in principle to settle this matter and respectfully request that the Court vacate all case deadlines while the parties finalize their agreement. Plaintiffs anticipate filing a motion for preliminary approval shortly after their agreement is executed.

Dated: October 28, 2020

**BURSOR & FISHER, P.A.**

By:    /s/ L. Timothy Fisher

L Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No.316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        breed@bursor.com

*Interim Lead Class Counsel*

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
E-mail: mgr@reichradcliffe.com
        adhoover@reichradcliffe.com

*Attorneys for Plaintiffs Galvan, Lopez, Nguyen and Meyer*

**AHDOOT & WOLFSON, PC**
Tina Wolfson, (State Bar No. 174806)
Bradley K. King, (State Bar No. 274399)
10728 Lindbrook Drive
Los Angeles, CA 90024

|     |                              |                                                                                                                |
| --- | ---------------------------- | -------------------------------------------------------------------------------------------------------------- |
| 1   |                              | Telephone: (310) 474-9111                                                                                      |
| 2   |                              | Facsimile: (310) 474-8585<br>E-mail: twolfson@ahdootwolfson.com                                                |
| 3   |                              | bking@ahdootwolfson.com                                                                                        |
| 4   |                              | *Attorneys for Plaintiffs Trevino and Harris*                                                                  |
| 5   |                              |                                                                                                                |
| 6   | Dated: October 28, 2020      | By: /s/ Adina W. Stowell                                                                                       |
| 7   |                              |                                                                                                                |
| 8   |                              | Dean J. Zipser (State Bar No. 94680)<br>dzipser@umbergzipser.com                                               |
| 9   |                              | Mark A. Finkelstein (State Bar No. 173851)<br>mfinkelstein@umbergzipser.com                                    |
| 10  |                              | Adina W. Stowell (State Bar No. 211719)<br>astowell@umbergzipser.com                                           |
| 11  |                              | UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750                                                               |
| 12  |                              | Irvine, CA 92614<br>Telephone: (949) 679-0052                                                                  |
| 13  |                              | Facsimile: (949) 679-0461                                                                                      |
| 14  |                              | *Attorneys for Defendants*                                                                                     |

## **ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from every other signatory of this document.

/s/ L. Timothy Fisher
L. Timothy Fisher
