| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | Blair E. Reed (State Bar No.316791) |
| 3 | 1990 North California Blvd., Suite 940 |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 300-4455 |
|   | Facsimile:  (925) 407-2700 |
| 5 | E-mail: ltfisher@bursor.com |
| 6 |         breed@bursor.com |
| 7 | *Interim Class Counsel* |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Smashburger IP Holder, LLC, et al.<br><br>ALL CASES | Lead Case No. LA CV19-00993-JAK (JEMx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  July 12, 2021<br>Time:  8:30 a.m.<br>Courtroom: 10B<br><br>Hon. John A. Kronstadt |

---

NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. LA CV19-00993 JAK (JEMX)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 12, 2021 at 8:30 a.m., or as soon thereafter as the matter may be heard by the above-captioned Court, located at the First Street Courthouse, 350 W First Street, Courtroom 10B, Los Angeles, CA 90012, in the courtroom of the Honorable John A. Kronstadt, Plaintiffs Andre Galvan, Lucinda Lopez, Thu Thuy Nguyen, Robert Meyer, and Jamelia Harris will and hereby do move, pursuant to Fed. R. Civ. P. 23(e), for the Court to: (i) grant preliminary approval of the proposed Stipulation for Class Action Settlement ("Settlement Agreement"); (ii) provisionally certify the Settlement Class for the purposes of preliminary approval, designate Plaintiffs as the Class Representatives, and appoint Bursor & Fisher, P.A. as Lead Plaintiffs' Counsel for the Settlement Class; (iii) establish procedures for giving notice to members of the Settlement Class; (iv) approve forms of notice to Settlement Class Members; (v) mandate procedures and deadlines for exclusion requests and objections; and (vi) set a date, time, and place for a final approval hearing.

This motion is made on the grounds that preliminary approval of the proposed class action settlement is proper, given that each requirement of Rule 23(e) has been met.

This motion is based on the attached Memorandum of Points and Authorities, the accompanying Declarations of L. Timothy Fisher and Jeanne Finegan, the pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 23, 2021.

Dated: March 1, 2021              **BURSOR & FISHER, P.A.**

                                  By:  */s/ L. Timothy Fisher*
                                       L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
   breed@bursor.com

*Interim Class Counsel*

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
E-mail: mgr@reichradcliffe.com
   adhoover@reichradcliffe.com

*Attorneys for Plaintiffs Galvan, Lopez, Nguyen and Meyer*

**AHDOOT & WOLFSON, PC**
Tina Wolfson, (State Bar No. 174806)
Bradley K. King, (State Bar No. 274399)
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
E-mail: twolfson@ahdootwolfson.com
bking@ahdootwolfson.com

*Attorneys for Plaintiff Harris*