# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Smashburger IP Holder, LLC, et al.<br><br>ALL CASES | Lead Case No. LA CV19-00993-JAK (JEMx)<br><br>**ORDER REGARDING SETTLEMENT DEADLINES** |

On September 19, 2022, an Order issued granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Dkt. No. 74. Plaintiffs were directed to file a statement with the proposed deadlines for the following: "Notice Date, Commencement of the Internet Advertising Portion of Class Notice, Establishment of Settlement Website and Toll-Free Telephone Number, Claim Deadline, Objection Deadline and Opt-Out Date." *Id.* at 33. On September 26, 2022, Plaintiffs submitted a Statement Regarding Proposed Settlement Deadlines. Dkt. No. 75. Based on a review of Plaintiffs' proposed deadlines, the following schedule is adopted:

| EVENT | DATE |
|---|---|
| Notice Date | October 19, 2022 |
| Commencement of the Internet Advertising Portion of Class Notice | October 19, 2022 |
| Establishment of Settlement Website and Toll-Free Telephone Number | October 19, 2022 |
| Plaintiffs' Motion for Attorneys' Fees | December 5, 2022 |
| Objection Deadline and Opt-Out Date | December 19, 2022 |
| Plaintiffs' Motion for Final Approval | January 9, 2023 |
| Claim Deadline | January 17, 2023 |
| Fairness Hearing | January 30, 2023 |

**IT IS SO ORDERED.**

Dated: October 19, 2022

John A. Kronstadt
United States District Judge