**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Smashburger AP Holder, LLC, et al.<br><br>ALL CASES | Lead Case No. LA CV19-0093 JAK (JEMx)<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  January 30, 2023<br>Time:  8:30 a.m.<br>Courtroom:  10B<br>Judge:  Hon. John A. Kronstadt |

NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. LA CV19-00993 JAK (JEMX)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 30, 2023 at 8:30 a.m. before the Honorable John A. Kronstadt, United States District Judge for the Central District of California, 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012, Plaintiffs Andre Galvin, Lucinda Lopez, Thu Thuy Nguyen, Robert Meyer, and Jamelia Harris ("Plaintiffs"), by and through Plaintiffs' Lead Interim Counsel, will move and hereby do move for an order granting final approval of the settlement pursuant to Fed. R. Civ. P. 23(e).

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon the accompanying memorandum of law in support and the Declarations of Jeanne C. Finegan, APR and Scott M. Fenwick.

Dated: January 9, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Lead Class Counsel*

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
E-mail: mgr@reichradcliffe.com
                 adhoover@reichradcliffe.com

*Attorneys for Plaintiffs Galvan, Lopez, Nguyen and Meyer*

**AHDOOT & WOLFSON, PC**
Tina Wolfson, (State Bar No. 174806)
Bradley K. King, (State Bar No. 274399)
2600 W. Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
E-mail: twolfson@ahdootwolfson.com
        bking@ahdootwolfson.com

*Attorneys for Plaintiff Harris*